**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLIE OGDEN, | Case No. CV 15-3410-DMG (ASx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

On July 22, 2019, the Court granted Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff Millie Ogden's Second Amended Complaint, with prejudice. Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Millie Ogden and in favor of Defendant Wells Fargo Bank, N.A.

DATED: July 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE